### 15650. SPOONER *v.* THE STATE.

LUKE, J. The grounds of the motion for a new trial which have the approval of the trial judge show no reversible error. The evidence amply

authorized the conviction, and for no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Conviction of riot; from city court of Miller county—Judge Geer. April 19, 1924.

*H. G. Rawls, House & Goree,* for plaintiff in error.

*P. D. Rich, solicitor, Jesse A. Drake, P. Z. Geer,* contra.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*